IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01362-RPM

TIMOTHY OLSON;
MARY ANN LOMBARDI;
CRYSTAL DEGUZMAN;
MICHAEL HANCE;
ENRIQUE NUNEZ;
DENISE BURKE;
MARCI STRANDBERG;
IAN STRANDBERG, a minor by & through his natural mother & next friend, Marci  Strandberg;
CHLOE STRANDBERG, a minor by & through her natural mother & next friend, Marci Strandberg;
QUINTEN TWEED;
SARA LOMBARD;
TONY TWEED, a minor by & through his natural mother & next friend, Sara Lombard;
TYSON TWEED, a minor by & through his natural mother & next friend, Sara Lombard; and
NESIAH TWEED, a minor by & through her natural mother & next friend, Sara Lombard,

        Plaintiffs,
v.

CITY OF AURORA, COLORADO, a municipality;
DANIEL J. OATES, Aurora Police Chief, in his official capacity;
CHRISTEN LERTCH, in his official and individual capacities;
KRISTOPHER MCDOWELL, in his official and individual capacities;
LUKE J. BARKER, in his official and individual capacities;
RICHARD RAY, in his official and individual capacities;
BRANDT A. SMITH, in his official and individual capacities;
MICHAEL DAVID PRINCE, in his official and individual capacities; and
A. TODD CHANOS, in his official and individual capacities,

        Defendants.
_____

ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT
_____

        After review of Plaintiffs' Partially Unopposed Motion for Leave to Amend Complaint and Jury

Demand, filed September 3, 2014 [19], it is

        ORDERED that the motion is granted and accordingly plaintiffs shall file their Amended

Complaint and Jury Demand.

        DATED: September 4th , 2014

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior Judge