IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01362-RPM

TIMOTHY OLSON;
MARY ANN LOMBARDI;
CRYSTAL DEGUZMAN;
MICHAEL HANCE;
ENRIQUE NUNEZ;
DENISE BURKE;
MARCI STRANDBERG;
IAN STRANDBERG, a minor by & through his natural mother & next friend, Marci Strandberg;
CHLOE STRANDBERG, a minor by & through her natural mother & next friend, Marci Strandberg;
QUINTEN TWEED;
SARA LOMBARD;
TONY TWEED, a minor by & through his natural mother & next friend, Sara Lombard;
TYSON TWEED, a minor by & through his natural mother & next friend, Sara Lombard;
NESIAH TWEED, a minor by & through her natural mother & next friend, Sara Lombard,

      Plaintiffs,
v.

CITY OF AURORA, COLORADO, a municipality;
DANIEL J. OATES, Aurora Police Chief, in his official capacity;
CHRISTEN LERTCH, in his official and individual capacities;
KRISTOPHER MCDOWELL, in his official and individual capacities;
LUKE J. BARKER, in his official and individual capacities;
RICHARD RAY, in his official and individual capacities;
BRANDT A. SMITH, in his official and individual capacities;
MICHAEL DAVID PRINCE, in his official and individual capacities; and
A. TODD CHANOS, in his official and individual capacities,

      Defendants.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
  Secretary

      The unopposed motion to vacate the June 30, 2015, hearing is granted. The hearing is **rescheduled for August 13, 2015, at 2:00 p.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED: June 19, 2015