**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:              August 13, 2015
Courtroom Deputy:  Emily Buchanan
FTR Technician:    Kathy Terasaki

---

| | |
|---|---|
| Civil Action No. 14-cv-01362-RPM | Counsel: |
| | |
| TIMOTHY OLSON, | David Lane |
| MARY ANN LOMBARDI, | Julian Wolfson |
| CRYSTAL DEGUZMAN, | |
| MICHAEL HANCE, | |
| ENRIQUE NUNEZ, | |
| DENISE BURKE, | |
| MARCI STRANDBERG, the natural mother and next friend of Ian Strandberg and Chloe Strandberg, | |
| QUINTEN TWEED, and | |
| SARA LOMBARD, the natural mother and next friend of Tony Tweed, Tyson Tweed, and Nesiah Tweed, | |
| Plaintiffs, | |
| v. | |
| CITY OF AURORA, COLORADO, a municipality, | Martha Fitzgerald |
| DANIEL J. OATES, in his official capacity as Aurora Police Chief, | Justin Cohen |
| | Michael Hoke |
| CHRISTEN LERTCH, in his official and individual capacities, | Marc Colin |
| | Carrie Slinkard |
| KRISTOPHER MCDOWELL, in his official and individual capacities, | |
| LUKE J. BARKER, in his official and individual capacities, | Jonathan Abramson |
| RICHARD RAY, in his official and individual capacities, | |
| BRANDT A. SMITH, in his official and individual capacities, | |
| MICHAEL DAVID PRINCE, in his official and individual capacities, and | |
| A. TODD CHANOS, in his official and individual capacities, | |
| Defendants. | |

## COURTROOM MINUTES

**MOTION HEARING**

**1:59 p.m.**		**Court in session.**

Mr. Hoke answers Court's questions and presents argument regarding Defendants City of Aurora, Daniel J. Oates, and Christian Lertch's Partial Motion to Dismiss the First Amended Complaint.

Response by Mr. Lane.

Ms. Slinkard answers Court's questions and presents argument regarding Defendants Kristopher McDowell, Luke J. Barker, Richard Ray, Brandt A. Smith, Michael David Prince, A. Todd Chanos, and Christen Lertch's Partial Motion to Dismiss First Amended Complaint.

**ORDERED:**	Defendants City of Aurora, Daniel J. Oates, and Christian Lertch's Partial Motion to Dismiss the Complaint (Doc. No. 16) is **DENIED AS MOOT**.

**ORDERED:**	Daniel J. Oates and Christen Lertch are dismissed as unnecessary parties.

**ORDERED:**	Defendant City of Aurora's Partial Motion to Dismiss the First Amended Complaint (Doc. No. 22) is **DENIED**.

**ORDERED:**	Plaintiffs' counsel concedes the initial stop was not a violation of the Fourth Amendment. Plaintiffs' first claim for relief is dismissed.

**ORDERED:**	Defendants Kristopher McDowell, Luke J. Barker, Richard Ray, Brandt A. Smith, Michael David Prince, A. Todd Chanos, and Christen Lertch's Partial Motion to Dismiss First Amended Complaint (Doc. No. 32) is **DENIED**.

**2:30 p.m.**		**Court in recess.**

**Hearing concluded.  Total time: 31 minutes.**