IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01362-RPM

TIMOTHY OLSON;
MARY ANN LOMBARDI;
CRYSTAL DEGUZMAN;
MICHAEL HANCE;
ENRIQUE NUNEZ;
DENISE BURKE;
MARCI STRANDBERG;
IAN STRANDBERG, a minor by & through his natural mother & next friend, Marci Strandberg;
CHLOE STRANDBERG, a minor by & through her natural mother & next friend, Marci Strandberg;
QUINTEN TWEED;
SARA LOMBARD;
TONY TWEED, a minor by & through his natural mother & next friend, Sara Lombard;
TYSON TWEED, a minor by & through his natural mother & next friend, Sara Lombard;
NESIAH TWEED, a minor by & through her natural mother & next friend, Sara Lombard,

     Plaintiffs,

v.

CITY OF AURORA, COLORADO, a municipality;
DANIEL J. OATES, Aurora Police Chief, in his official capacity;
CHRISTEN LERTCH, in his official and individual capacities;
KRISTOPHER MCDOWELL, in his official and individual capacities;
LUKE J. BARKER, in his official and individual capacities;
RICHARD RAY, in his official and individual capacities;
BRANDT A. SMITH, in his official and individual capacities;
MICHAEL DAVID PRINCE, in his official and individual capacities; and
A. TODD CHANOS, in his official and individual capacities,

     Defendants.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

     Pursuant to Procedural Order Number One entered by this Court on August 14, 2015, counsel for plaintiff has contacted chambers to set a date and time for a Scheduling Conference pursuant to Rule 16 and it is

ORDERED that a scheduling conference will be held on **October 19, 2015, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 4/3/15). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on October 9, 2015.** The conference is conducted with <u>lead counsel present in person</u>. No parties or representatives of parties will be permitted to attend.

DATED:    September 17th, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge